UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY GONYEA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
                              /

Criminal No. 94-80346

Civil No. 12-13640

HONORABLE AVERN COHN

## **JUDGMENT**

For the reasons stated in the Order entered and filed on October 22, 2012, denying petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody 28 U.S.C. §2255 judgment is entered in favor of the respondent.

DAVID WEAVER

Dated: October 22, 2012      By:   S/Julie Owens
                                                                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 22, 2012, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5160